LEECH cont<sup>a</sup> PAINE et<sup>a</sup>

Iohn Leech plaint. cont<sup>a</sup> Moses Paine Senior Daniel Turell Senior and Ionathan Bridgham Administrato<sup>rs</sup> to the Estate of Iohn Cleare Iunior of Boston dece<sup>d</sup> Def<sup>dts</sup> in an action of debt of twelve pounds nineteen Shillings in money due to the plaint. for worke done for him by s<sup>d</sup> Cleare in finishing his house &c<sup>a</sup>. . . . The Iury . . . found for the plaint. five pound Fifteen Shillings nine pence money and costs of Court allow<sup>d</sup> twenty Shillings two pence.